IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LATASHA THOMAS,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 07-0932 |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security** | : | |
| **Defendant** | : | |

**O R D E R**

**STENGEL, J.**

     **AND NOW**, this  29th  day of August, 2007, after careful review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The plaintiff's request for review (Document #9) is DENIED.

3. Judgment is entered in favor of the defendant.

4. The Clerk of Court shall mark this case closed for all purposes.

                                    BY THE COURT:

                                    /s/ Lawrence F. Stengel
                                  LAWRENCE F. STENGEL, J.